MISC 17-2161

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 01 2017 ★
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.
JUN 28 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| BlueStar Latin America, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 0:17-cv-60900-DPG |
| SuperCom Ltd. & SuperCom Inc. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/27/2017__.

I also certify that, as appears from this court's records, the attached judgment includes an order allowing immediate registration of this judgment in other districts pursuant to 28 U.S.C. 1963.

Date: 06/28/2017

Steven M. Larimore
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

7597459.1

C:\Users\dghernandez\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\RC9W9YS9\Clerk's Certification of a Judgment to be Registered in Another District.docx

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 01 2017 ★

BROOKLYN OFFICE

**MISC 17-2161**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-60900-DPG

BLUESTAR LATIN AMERICA, INC.,
a Florida corporation,

                Plaintiff,
vs.

SUPERCOM LTD., an Israeli
corporation, and SUPERCOM
INC., a Delaware
corporation,

                Defendants.
_____/

## DEFAULT JUDGMENT

      This cause came before the Court on Plaintiff's Motion for Entry of Default Judgment by the Clerk [ECF No. 15] and Plaintiff's Motion under 28 U.S.C. 1963 for Immediate Registration of Judgment [ECF No. 16]. The Court has reviewed the Motions and the record and is otherwise fully advised.

      On May 5, 2017, Plaintiff Bluestar Latin America, Inc. ("Plaintiff") filed its Complaint against Defendants SuperCom, Ltd. and SuperCom, Inc. ("Defendants") setting forth claims for goods sold and delivered and breach of contract. Plaintiff alleges that Defendants owe it $968,116.80 for electronic components. Despite proper service, Defendants have failed to answer or otherwise respond to the Complaint and the Clerk entered defaults. [ECF Nos. 12, 14]. As a result of Defendants failure to respond to Plaintiff's Complaint, the Court accepts as true the allegations in the Complaint that Defendants failed to pay Plaintiff for the electronic components.

      Based thereon, it is

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
                             Deputy Clerk
Date 6/28/17

**ORDERED AND ADJUDGED** Plaintiff's Motion for Entry of Default Judgment by the Clerk [ECF No. 15] is **GRANTED** and Plaintiff's Motion under 28 U.S.C. 1963 for Immediate Registration of Judgment [ECF No. 16] is **GRANTED.** It is further

**ORDERED AND ADJUDGED** that a default final judgment is entered in favor of Plaintiff BlueStar Latin America, Inc. and against SuperCom Ltd. and SuperCom Inc., jointly, for the sum of $993,382.39, plus costs. Interest shall accrue at the daily rate of $304.41 until this judgment is satisfied, for which let sum execution issue. Plaintiff is permitted to register this judgment in other districts immediately pursuant to 28 U.S.C. § 1963.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2017.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE